Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ORLANDO WRIGHT,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAN PACHOLKE, TINA BURGESS, DENISE HINRICHSEN, MAC PEVEY, ELISABETH RASLER, WENDY STIGALL and the WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　Defendants. | No. 2:18-cv-00399-RSL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE<br><br>NOTING DATE: June 7, 2019 |

## I.　STIPULATED MOTION

This case currently has a deadline for filing dispositive motions of August 6, 2019. The parties have agreed that cross motions for summary judgment are appropriate and propose that the Court set a briefing schedule pursuant to Local Civil Rule 7(k). The parties propose the following schedule: (1) the cross motions will be filed on July 25, 2019 with a noting date of August 16, 2019; (2) the parties will forego reply briefs in exchange for enlarged response briefs of 36 pages; (3) the response briefs will be due on the noting date of August 16, 2019.

DATED this 7th day of June, 2019　　　　DATED this 5th day of June, 2019

MacDONALD HOAGUE & BAYLESS　　　ROBERT W. FERGUSON

*s/ Tiffany Cartwright*　　　　　　　　　　*s/ Paul Triesch*
Tiffany Cartwright, WSBA #43564　　　　Paul Triesch, WSBA # 17445
Tiffanyc@mhb.com　　　　　　　　　　　Assistant Attorney General

STIPULATED MOTION AND [PROPOSED] ORDER FOR BRIEFING
SCHEDULE - 1

No. 2:18-cv-00399-RSL
11639.1 mc230103

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

| | |
|---|---|
| 1  David Whedbee, WSBA #35977 | pault@atg.wa.gov |
|    davidw@mhb.com | 800 5th Ave., Suite 2000 |
| 2  Jesse Wing, WSB #27751 | Seattle, WA 98104 |
| 3  jessew@mhb.com | |
|    705 Second Avenue, Suite 1500 | *Attorneys for Defendants* |
| 4  Seattle, WA 98104 | |

DATED this 7th day of June, 2019

MAZZONE LAW FIRM


*s/ Braden Pence*_____

Braden Pence, WSBA # 43495
bradenp@mazzonelaw.com
3002 Colby Ave Ste 302
Everett, WA 98201-4081

*Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER FOR BRIEFING
SCHEDULE - 2

No. 2:18-cv-00399-RSL
11639.1 me230103

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

# [PROPOSED] ORDER

Pursuant to the stipulated motion of the parties and Local Civil Rule 7(k), the Court sets the following briefing schedule for cross motions for summary judgment in this matter: (1) the parties' motions will be filed by July 25, 2019, with a noting date of August 16, 2019; (2) in lieu of reply briefs, the parties are permitted to file enlarged response briefs of up to 36 pages; (3) the parties' response briefs are due by the noting date of August 16, 2019.

DATED this 13th day of June, 2019

Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR BRIEFING
SCHEDULE - 3

No. 2:18-cv-00399-RSL
11639.1 me230103

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961