**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ORLANDO WRIGHT,<br><br>                Plaintiff,<br><br>v.<br><br>DAN PACHOLKE, TINA BURGESS, DENISE HINRICHSEN, MAC PEVEY, ELISABETH RASLER, WENDY STIGALL and the WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>                Defendants. | NO. C18-399 RSL<br><br>STIPULATED MOTION AND ORDER DISMISSING INDIVIDUAL DEFENDANTS AND EDITING CAPTION |

BY STIPULATION AND AGREEMENT, the Plaintiff and the Defendants, by and through their respective counsel of record, in order to effect resolution of this matter, request the Court grant the following relief:

1. All of Plaintiff's claims, and Plaintiff's Complaint, as alleged against the individual defendants shall be dismissed, in their entirety, with prejudice;

2. The above-referenced dismissals shall have no effect on Plaintiff's claims or Plaintiff's Complaint as alleged against the Washington State Department of Corrections; and

3. The caption of the above-referenced matter shall be edited and reformed to reflect the dismissal of the individual defendants such that the only defendant identified in any

subsequent pleading, including any Judgment, shall be the Washington State Department of Corrections:

    ORLANDO WRIGHT,

                  Plaintiff,

        v.

    WASHINGTON STATE DEPARTMENT OF CORRECTIONS

                  Defendant.

DATED THIS 28th day of June, 2019.

| ROBERT W. FERGUSON<br>Attorney General | MACDONALD HOAGUE & BAYLESS |
|---|---|
| s/ *Scott M. Barbara*<br>SCOTT M. BARBARA, WSBA #20885<br>Assistant Attorney General<br>Attorney for Defendants<br>800 Fifth Ave, Ste 2000<br>Seattle, WA 98104<br>Tel: 206-389-2033<br>Email: scott.barbara@atg.wa.gov | s/ *Tiffany Cartwright*<br>TIFFANY CARTWRIGHT, WSBA #43564<br>DAVID WHEDBEE, WSBA #35977<br>JESSE WING, WSBA #27751<br>Attorneys for Plaintiff<br>705 Second Ave, Ste 1500<br>Seattle, WA 98104<br>Tel: 206-622-1604<br>Email: tiffanyc@mhb.com<br>Email: davidw@mhb.com<br>Email: jessew@mhb.com |
|  | MAZZONE LAW FIRM |
|  | s/ *Braden Pence*<br>BRADEN PENCE, WSBA#43495<br>Attorneys for Plaintiff<br>3002 Colby Ave, Ste 302<br>Everett, WA 98201-4081<br>Tel: 425-<br>Email: bradenp@mazzonelaw.com |

**ORDER**

IT IS SO ORDERED.

DATED THIS 10th day of July, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge