HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ORLANDO WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | NO. C18-399 RSL<br><br>STIPULATED [PROPOSED] JUDGMENT<br><br>NOTING DATE: JULY 12, 2019<br><br>[*CLERK'S ACTION REQUIRED*] |

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Orlando Wright |
| Judgment Creditor's Attorney: | Tiffany Cartwright |
| Judgment Debtor: | Washington State Department of Corrections |
| Judgment Amount: | $50,000.00 |
| Pre-Judgment Interest: | $0.00 |
| Post-Judgment Interest: | $0.00 |
| Attorneys' Fees (42 U.S.C. § 1988): | $84,311.93 |
| Costs (42 U.S.C. § 1988): | $15,688.07 |

THIS MATTER HAS COME ON regularly before the Court for entry of Judgment against Defendant Washington State Department of Corrections based upon the stipulation of

STIPULATED [*PROPOSED*] JUDGMENT
(C18-399 RSL)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

the parties. Plaintiff Orlando Wright, by and through his counsel, and Defendant Washington State Department of Corrections, by and through its counsel, have made a stipulation pursuant to RCW 4.92.150, without any admission of liability, settling and compromising this action against the Defendant and allowing for dismissal of this action, in its entirety, with prejudice.

HAVING CONSIDERED the pleadings and files in this case, including the representations of counsel made through their signatures below, and being otherwise fully advised in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Plaintiff Orlando Wright shall have Judgment against Defendant Washington State Department of Corrections for the total sum of FIFTY THOUSAND AND NO/100 DOLLARS ($50,000.00);

2. Plaintiff Orlando Wright shall not receive pre-judgment interest or post-judgment interest;

3. Plaintiff Orlando Wright's counsel of record are awarded a total sum of EIGHTY-FOUR THOUSAND THREE HUNDRED ELEVEN AND 93/100 DOLLARS ($84,311.93) as attorneys' fees; and

4. Plaintiff Orlando Wright's counsel of record are awarded a total sum of FIFTEEN THOUSAND SIX HUNDRED EIGHTY-EIGHT AND 07/100 DOLLARS ($15,688.07) as costs.

DATED THIS _____ day of _____, 2019.

_____
ROBERT S. LASNIK
United States District Judge

STIPULATED [*PROPOSED*] JUDGMENT
(C18-399 RSL)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

| | |
|---|---|
| 1 | DATED THIS 12th day of July, 2019. |
| 2 | Stipulated to and Jointly Presented By: |

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | MACDONALD HOAGUE & BAYLESS |
| s/ Scott M. Barbara<br>SCOTT M. BARBARA, WSBA #20885<br>Assistant Attorney General<br>Attorney for Defendants<br>800 Fifth Ave, Ste 2000<br>Seattle, WA  98104<br>Tel:    206-389-2033<br>Email: scott.barbara@atg.wa.gov | s/ Tiffany Cartwright<br>TIFFANY CARTWRIGHT, WSBA #43564<br>DAVID WHEDBEE, WSBA #35977<br>JESSE WING, WSBA #27751<br>Attorneys for Plaintiff<br>705 Second Ave, Ste 1500<br>Seattle, WA  98104<br>Tel:    206-622-1604<br>Email: tiffanyc@mhb.com<br>Email: davidw@mhb.com<br>Email: jessew@mhb.com |
| | MAZZONE LAW FIRM |
| | s/ Braden Pence<br>BRADEN PENCE, WSBA#43495<br>Attorneys for Plaintiff<br>3002 Colby Ave, Ste 302<br>Everett, WA  98201-4081<br>Tel:    425-259-4989<br>Email: bradenp@mazzonelaw.com |

STIPULATED [*PROPOSED*] JUDGMENT
(C18-399 RSL)

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

**DECLARATION OF SERVICE**

I certify that I served a copy of this document on all parties or their counsel of record on the date below as follows:

☐ US Mail Postage Prepaid via Consolidated Mail Service

☒ Electronic Mail Per Agreement

    tiffanyc@mhb.com
    davidw@mhb.com
    jessew@mhb.com
    bradenp@mazzonelaw.com

☐ Hand delivered by _____

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 12th day of July, 2019 in Seattle, Washington.

                              *s/Audrey Bell*
                          AUDREY BELL, Legal Assistant